1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE A. PANSA
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, CA   93721
   Telephone: (559) 498-7272

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) Case No. 1:05-cr-0388 OWW |
|---|---|
|           Plaintiff, | ) STIPULATION AND |
|                      | ) ORDER TO RESCHEDULE THE |
|        v.            | ) MOTIONS HEARING |
| Erich Simrock      , | ) |
|           Defendant. | ) |

   IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Marianne A. Pansa, Assistant U.S. Attorney and Mike Braa, attorney for defendant, Erich Simrock, that the Hearing on the Motions currently scheduled for January 9, 2006 at 1:30 p.m. be continued to February 13, 2006 at 1:30 p.m.

   The parties stipulate that time will be excluded until the next status conference on February 13, 2006 in the interests of justice pursuant to 18 USC § 1361(h)(1)(F), and 18 USC § 3161(h)(8)(A).

```
Dated: January 5, 2006              Respectfully submitted,


                                    McGREGOR W. SCOTT
                                    United States Attorney



                                By    /s/ Marianne A. Pansa
                                    MARIANNE A. PANSA
                                    Assistant U.S. Attorney


Dated: January 5, 2006                /s/ Mike Braa
                                    MIKE BRAA
                                    Attorney for Defendant
                                    ERICH SIMROCK
```

**IT IS SO ORDERED.**

```
                                    /s/ OLIVER W. WANGER
                                    _____
Dated: _1/9/2006__                  Honorable OLIVER W. WANGER
```