McGREGOR W. SCOTT
United States Attorney
MARIANNE PANSA
Assistant United States Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4083

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ERICH SIMROCK )<br>)<br>Defendant )<br>) | No. 01:05-CR-00388 OWW<br><br>**STIPULATION RE: MOTION FOR VACATING TRIAL DATE AND REQUEST FOR CHANGE OF PLEA HEARING AND PROPOSED ORDER** |

**STIPULATION**

It is hereby stipulated by and between the parties hereto and through their attorneys of record that the defendant has signed and filed a plea agreement and intends to enter a guilty plea to count two of the indictment on **January 23, 2007.** Therefore, the parties request that the trial currently set for **January 23, 2007 at 9:00** be vacated and that a change of plea be scheduled for that day. The parties also request that the trial confirmation hearing set for **January 8, 2007** and the motion in limine filing deadlines which are due on **December 15, 2006** and **December 26, 2006** respectively also be vacated. The defendant stipulates that time will be excluded through

///

///

///

///

1

and including **January 23, 2007** in the interests of justice pursuant to 18 USC § 3161 (h)(8)(A) and 18 USC § 3161(h)(8)(B)(iv).

Respectfully Submitted,

| | |
|---|---|
| /s/ Marianne A. Pansa | /s/ Mike Braa (consent given to sign) |
| McGREGOR W. SCOTT | Mike Braa |
| United States Attorney | Attorney for the Defendant |
| by: MARIANNE A. PANSA | Erich Simroch |
| Assistant United States Attorney | |
| Attorney for the Plaintiff | |
| | |
| Date : November 17, 2006 | Date : November 17, 2006 |

IT IS SO ORDERED.

**Dated:   November 21, 2006**          /s/ Oliver W. Wanger
emm0d6                        UNITED STATES DISTRICT JUDGE