

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | 1:05-cr-388 OWW |
| ) | |
| v. ) | |
| ) | |
| ERICH SIMROCK, ) | |
| ) | |
| Defendant ) | ORDER TO SHOW CAUSE AS TO |
| ) | ATTORNEY MICHAEL BRAA |

TO: Attorney Michael Braa

Pursuant to the Application to Enforce Sanction submitted to the Court by Walter Simrock, you are hereby ordered to appear before this Court on Monday, June 18, 2007 at 10:00 a.m. to show cause why you have failed to comply with the April 23, 2007 Court ordered sanction in the amount of $999.00.

Dated: 6-6-07

OLIVER W. WANGER
United States District Judge

1

**W.S. PRINTING**

JUN 01 2007

U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY    MV

His Honor Oliver Wanger

United States District Court

RE: United States vs Erich Simrock
case # 11.CDF 05-388
date  4/23/07

APPLICATION TO ENFORCE SANCTION

Mr. Braa was sanctioned by judge Wanger in the amount of $999.00 for not being on time for a 9 o'clock hearing. and showing up at 2o'clock. As of this date 5/29/07 we have not recieved payment from Mr Braa.

Thank You

Walter Simrock

90 E. ESCALON, SUITE 101 ❖ FRESNO, CALIFORNIA ❖ 93710
PHONE: 559/439.0980 ❖ FAX: 559/439.0883