IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-F-05-388 OWW |
| | ) | |
| | ) | ORDER TO MICHAEL W. BRAA, |
| | ) | SR. TO APPEAR ON MONDAY, |
| Plaintiff, | ) | JULY 23, 2007 AT 10:00 a.m. |
| | ) | AND SHOW CAUSE WHY HE SHOULD |
| vs. | ) | NOT BE FOUND IN CONTEMPT OF |
| | ) | COURT FOR VIOLATION OF COURT |
| | ) | ORDERS |
| ERICH SIMROCK, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

By minute order filed on April 23, 2007, monetary sanctions in the amount of $999.00 were imposed against Defendant's counsel, Michael W. Braa, Sr.  (Doc. 35).  The sanctions were to be paid to Defendant's family (brother) by 4:30 p.m. on April 27, 2007.

By Order filed on June 7, 2007 and pursuant to the application to enforce sanctions submitted to the Court by Walter Simrock, Defendant's brother, Michael W. Braa was ordered to appear on Monday, June 18, 2007 at 10:00 a.m. to show cause why Mr. Braa failed to pay the April 23, 2007 Court ordered sanction

in the amount of $999.00.

Mr. Braa did not appear on June 18, 2007 in response to the Order to Show Cause.  Walter Simrock appeared and advised the Court that he had agreed with Mr. Braa to a two-week extension for payment of the sanctions.  Walter Simrock presented evidence that Mr. Braa issued a check dated June 1, 2007 in the amount of $999.00 made payable to Walter Simrock and that the check was returned by the bank for insufficient funds.[1]

Michael W. Braa, Sr. is hereby ORDERED TO APPEAR in Courtroom 3 on Monday, July 23, 2007 at 10:00 a.m. TO SHOW CAUSE as follows:

1.  Why he should not be found in contempt of court for his failure to comply with the Court's Orders.

2.  Why he should not be reported to the State Bar of California for his failure to comply with the Court orders.

Mr. Braa is hereby notified that his failure to appear on July 23, 2007 will result in the issuance of a warrant for his arrest and will subject him to possible further sanctions for contempt of Court.

Mr. Braa is further notified that he is entitled to the services of appointed counsel at the Order to Show Cause hearing

---

[1] In addition, Walter Simrock represented to the Court that a certain expense allegedly paid by Mr. Braa on Erich Simrock's behalf was overstated. Specifically, Walter Simrock asserted that Mr. Braa had represented to his client that a doctor had charged $5,000 for a doctor's report, but that the doctor had told Walter Simrock that his bill was only $1,500. This dispute concerning the amount of fees paid to Mr. Braa by or on behalf of Defendant are not at issue in these proceedings.

1  **if he establishes that he is indigent.**
2          IT IS SO ORDERED.
3  **Dated:    June 19, 2007**                             **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE