FILED

AUG 27 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>ERICH SIMROCK,<br><br>           Defendant | 1:05-cr-0388 OWW<br><br>ORDER FOR DISBURSEMENT<br>OF SANCTIONS |

The sanction amount of $1,100 having been paid by Michael Braa, the clerk shall disburse these funds to Walt Simrock.

IT IS SO ORDERED.

Dated: 8-27-07

_____
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

1